FORM 2(b) (ND/SD MISS. DEC. 2000)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

MICHAEL SHANE STEPHENS

                               Plaintiff

v.                                                                      CIVIL ACTION NO.    1:07cv96LGJMR

HARRISON COUNTY, MISSISSIPPI; SHERIFF
GEORGE H. PAYNE, JR.; AND UNKNOWN OFFICERS
IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY

                               Defendants

### NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:**

Pursuant to UNIFORM LOCAL RULE 5.1(c), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) (Check as appropriate:

| x | Interrogatories to: | Plaintiff, Michael Shane Stephens |

| ___ | Requests for Production of Documents to: | _____ |

| ___ | Requests for Admissions to: | _____ |

| ___ | Responses to Interrogatories of: | _____ |



EXHIBIT A

| | Responses to Requests for Production of Documents of: | |
|---|---|---|

| | Responses to Requests for Admission(s) of: | |
|---|---|---|

Pursuant to UNIFORM LOCAL RULE 5.1(c), I acknowledge my responsibilities as the custodian of the original(s) of the document(s) identified above.

October 15, 2007

Date

s/Cy Faneca

Signature

Cy Faneca, MSB #5128

Typed Name & Bar Number

Attorneys for:   George Payne, Jr., Officially and in his Individual Capacity

Form 2(b) (ND/SD Miss. Dec. 2000)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

MICHAEL SHANE STEPHENS

                    Plaintiff

v.                                             CIVIL ACTION NO.   1:07cv96LG-JMR

HARRISON COUNTY, MISSISSIPPI; SHERIFF
GEORGE H. PAYNE, JR.; AND UNKNOWN OFFICERS
IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY

                    Defendants

### NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:**

Pursuant to UNIFORM LOCAL RULE 5.1(c), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) (Check as appropriate:

|   |   |   |
|---|---|---|
| ____ | Interrogatories to: | _____ |
| x | Requests for Production of Documents to: | Plaintiff, Michael Shane Stephens by Defendant Sheriff George Payne, Jr., in his Official and Individual Capacities |
| ____ | Requests for Admissions to: | _____ |
| ____ | Responses to Interrogatories of: | _____ |

|   | Responses to Requests for Production of Documents of: | _____ |
|---|---|---|

|   | Responses to Requests for Admission(s) of: | _____ |
|---|---|---|

Pursuant to UNIFORM LOCAL RULE 5.1(c), I acknowledge my responsibilities as the custodian of the original(s) of the document(s) identified above.

October 26, 2007                                                    s/Cy Faneca
_____                                _____
          Date                                                                        Signature

                                                                                Cy Faneca, MSB #5128
                                                                    _____
                                                                            Typed Name & Bar Number

                                            Attorneys for:    Sheriff George Payne, Jr., Officially and in
                                                                       his Individual Capacities
                                                                    _____