FORM 2(b) (ND/SD MISS. DEC. 2000)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

MICHAEL SHANE STEPHENS

                            Plaintiff

v.                                        CIVIL ACTION NO.   1:07cv96LGJMR

HARRISON COUNTY, MISSISSIPPI; SHERIFF
GEORGE H. PAYNE, JR.; AND UNKNOWN OFFICERS
IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY

                            Defendants

### NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:**

Pursuant to UNIFORM LOCAL RULE 5.1(c), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) (Check as appropriate:

| x | Interrogatories to: | Plaintiff, Michael Shane Stephens |
|---|---|---|

      Requests for Production
      of Documents to: _____

      Requests for Admissions to: _____

      Responses to Interrogatories of: _____


EXHIBIT A

_____    Responses to Requests for
           Production of Documents of:          _____

_____    Responses to Requests for
           Admission(s) of:                     _____

Pursuant to UNIFORM LOCAL RULE 5.1(c), I acknowledge my responsibilities as the custodian of the original(s) of the document(s) identified above.

October 15, 2007                                s/Cy Faneca
_____                         _____
        Date                                              Signature

                                                Cy Faneca, MSB #5128
                                                _____
                                                      Typed Name & Bar Number

                             Attorneys for:     George Payne, Jr., Officially and in his
                                                Individual Capacity
                                                _____

Form 2(b) (ND/SD Miss. Dec. 2000)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

MICHAEL SHANE STEPHENS

                              Plaintiff

v.                                                                 CIVIL ACTION No.    1:07cv96LG-JMR

HARRISON COUNTY, MISSISSIPPI; SHERIFF
GEORGE H. PAYNE, JR.; AND UNKNOWN OFFICERS
IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY

                              Defendants

## NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:**

Pursuant to UNIFORM LOCAL RULE 5.1(c), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) (Check as appropriate:

| | | |
|---|---|---|
| ____ | Interrogatories to: | _____ |
| x | Requests for Production of Documents to: | Plaintiff, Michael Shane Stephens by Defendant Sheriff George Payne, Jr., in his Official and Individual Capacities |
| ____ | Requests for Admissions to: | _____ |
| ____ | Responses to Interrogatories of: | _____ |

| | |
|---|---|
| Responses to Requests for Production of Documents of: | _____ |
| Responses to Requests for Admission(s) of: | _____ |

Pursuant to UNIFORM LOCAL RULE 5.1(c), I acknowledge my responsibilities as the custodian of the original(s) of the document(s) identified above.

| | |
|---|---|
| October 26, 2007 | s/Cy Faneca |
| Date | Signature |
| | Cy Faneca, MSB #5128 |
| | Typed Name & Bar Number |

Attorneys for: Sheriff George Payne, Jr., Officially and in his Individual Capacities