## Laurie Hoyt

**From:** Laurie Hoyt
**Sent:** Thursday, December 27, 2007 9:55 AM
**To:** 'goldenslaw@bellsouth.net'
**Cc:** Haley Broom
**Subject:** Stephens v. HCSD

Pursuant to our telephone conversation, enclosed find the discovery previously propounded to Plaintiff. Also, please advise when we may expect Plaintiff's responses to same so that we can advise our client. Thank you for your cooperation.

Laurie Hoyt
Secretary to Haley N. Broom
Dukes, Dukes, Keating & Faneca, P.A.
2909 13th Street, Sixth Floor
Gulfport, MS  39501
Phone:  (228) 868-111
Facsimile:  (228) 863-2886

EXHIBIT
B

## Laurie Hoyt

**From:** GOLDENSLAW@bellsouth.net
**Sent:** Thursday, December 27, 2007 1:47 PM
**To:** Laurie Hoyt
**Subject:** Re: Stephens v. HCSD

Laurie,

Thank you for sending the requests. As we discussed pursuant to our phone conversation our client is in Florida and I am mailing the requests out to him today. He has been made aware that this is time sensitive matter and has stated to complete and return ASAP. If any problems should arise I will contact you and advise. I do not believe this should take long however to return to your office. Thanks much.

Lisa Robertson

Paralegal to La Quetta M. Golden

12311 Ashley Drive, Suite D

Gulfport, MS 39503

Phone: 228-832-9111

Fax: 228-832-9008

> -------------- Original message from "Laurie Hoyt" <lhoyt@ddkf.com>: --------------
>
> Pursuant to our telephone conversation, enclosed find the discovery previously propounded to Plaintiff. Also, please advise when we may expect Plaintiff's responses to same so that we can advise our client. Thank you for your cooperation.
>
> Laurie Hoyt
> Secretary to Haley N. Broom
> Dukes, Dukes, Keating & Faneca, P.A.
> 2909 13th Street, Sixth Floor
> Gulfport, MS  39501
> Phone:  (228) 868-111
> Facsimile:  (228) 863-2886

12/27/2007