IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MICHAEL SHANE STEPHENS                                                              PLAINTIFF

VERSUS                                                      CIVIL ACTION NO. 1:07cv96LGJMR

HARRISON COUNTY, MISSISSIPPI;
SHERIFF GEORGE H. PAYNE, JR.;
AND UNKNOWN OFFICERS IN THEIR
INDIVIDUAL AND OFFICIAL CAPACITY                                              DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the Motion *Ore Tenus* of the parties, and the Court having been advised that the Plaintiff, Michael Shane Stephens, and the Defendant, George Payne, Jr., in both his Individual and Official Capacities, have agreed that Plaintiff shall voluntarily dismiss all claims as against this Defendant in this cause with prejudice, and with each party to bear its own costs, and the Court being fully advised in the premises, is of the opinion that said Motion is well taken and should be granted. It is, therefore,

ORDERED AND ADJUDGED that all claims raised in this cause against Defendant George Payne, Jr., in both his Individual and Official Capacities, are hereby fully and finally dismissed with prejudice, and the aforementioned Defendant is dismissed from this cause with prejudice, with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 3rd day of June 2008.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

Prepared by:

*s/Cy Faneca*
Cy Faneca MSB #5128
Haley Broom MSB #101838
DUKES, DUKES, KEATING AND FANECA, P.A.
2909 13th St., Sixth Floor
Post Office Drawer W
Gulfport, MS   39502
Telephone:  228/868-1111
Facsimile:   228/863-2886

Agreed as to Form and Content:

*s/LaQuetta M. Golden*
Counsel for Plaintiff
LaQuetta M. Golden, Esq.
12311 Ashley Dr., Suite D
Gulfport, MS 39503
Telephone: 228/832-9111
Facsimile: 228/832-9008

2